# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

(212) 808-7800

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DAMON SUDEN
DIRECT LINE: (212) 808-7586
EMAIL: dsuden@kelleydrye.com

March 1, 2017

**VIA ECF**

Honorable William H. Pauley III
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Desonide Antitrust Litigation, 16-mc-7987*

Dear Judge Pauley:

      We represent Wockhardt USA LLC ("Wockhardt USA") and Morton Grove Pharmaceuticals, Inc. ("Morton Grove") in the above-captioned consolidated action.  Paragraph 16 of Your Honor's Amended Master Case Order No. 1, filed February 3, 2017, listed Wockhardt USA and Morton Grove among the parties in *In re Desonide Antitrust Litigation*, 16-mc-7987.  Thereafter, both the Direct Purchaser and End Payor Plaintiffs filed their consolidated amended complaints in the *Desonide* action. (ECF 41 & 45.)  Neither of those complaints names Wockhardt USA or Morton Grove as defendants.  Thus, we respectfully request that Wockhardt USA and Morton Grove be removed from the list of parties in the *Desonide* action.

      Respectfully submitted,

KELLEY DRYE & WARREN LLP

*/s/Damon Suden*
Damon W. Suden
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax: 212-808-7897
Email:  dsuden@kelleydrye.com
*Attorneys for Defendants Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*